# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Brigette Lowe, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>Edgewell Personal Care Brands LLC,<br><br>*Defendant*. | Case No. 3:23-cv-01256-VDO<br><br>**Plaintiff's Notice of Voluntary Dismissal Without Prejudice** |

## **Plaintiff's Notice of Voluntary Dismissal Without Prejudice**

Plaintiff Brigette Lowe hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, according to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs.

Date: December 5, 2023

Respectfully submitted,

By: */s/ Simon Franzini*

Simon Franzini (Cal. Bar No. 287631)*
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)*
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

IZARD, KINDALL & RAABE LLP
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
craabe@ikrlaw.com
sklein@ikrlaw.com

*Counsel for Plaintiff*

**Admitted Pro Hac Vice*